```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Greg Gamache

vs.                                    Civil No. 11-cv-111-PB

Federal Bureau of Investigation, et al

O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated November 25, 2011, no objection having been filed, for the reasons set forth therein.

SO ORDERED.

January 3, 2012                 /s/ Paul Barbadoro
                                Paul Barbadoro
                                United States District Judge

cc:  Greg Gamache, Pro Se